IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 13-CR-30091-MJR |
| vs. | ) | |
| | ) | |
| BRIAN MATTHEWS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) began investigating Martez Moore and his associates in April 2013. An ATF special agent acting in an undercover capacity was introduced to Moore by a confidential informant (CI), who said that Moore and his associates dealt in controlled substances. The CI and the undercover agent told Moore they were working in the area on various construction projects, and they wanted crack cocaine to sell while in the area. From April through May 7, 2013, the undercover agent completed a series of recorded and monitored meetings with Moore and Moore's associates. During the early meetings, the undercover agent told Moore that he worked as a cocaine distributor for a Los Angeles based cocaine trafficking organization and that the organization was considering using the St. Louis area as a hub of distribution. The meetings culminated in Moore asking the undercover agent to broker the supply of 10 kilograms of cocaine from the Los Angeles organization for Moore and his associates to distribute. In return for brokering the shipment of cocaine, Moore agreed to recruit and provide distributors and armed security. Moore recruited Antwone Johnson and Dewayne Hill as distributors and Brian Matthews, Bryant Sawyer and Jaren Jamison as armed security. The undercover agent met with each conspirator, made certain each understood his role, and obtained commitments from each to fulfill his role.

On April 24, 2013, the undercover agent met with Moore, the Defendant and Bryant Sawyer at a restaurant in the Southern District of Illinois. The undercover agent explained that the usual price per kilogram of cocaine from the organization is $24,000, but they would receive a discounted price per kilogram if Moore and his associates could, in addition to distributing cocaine they received, transport cocaine to Chicago and Kansas City for the organization.

Moore, Matthews and Sawyer indicated they would be able to handle the cocaine shipments. The Defendant assured the undercover agent that he would act as armed security for all cocaine shipments handled by Moore. The undercover agent told Matthews and Sawyer that as armed security they would be paid $2,000.00 by the organization to protect each cocaine shipment, and he gave each of them a down payment of $500.00, with the remaining balance to be paid after they provided security for the first anticipated cocaine shipment.

On May 7, 2013, the undercover agent went to Moore's Belleville residence and met with Moore, Johnson, Hill, the Defendant, Sawyer and Jamison in preparation for accepting delivery of 10 kilograms of cocaine at an airport in the Southern District of Illinois. Before leaving for the airport, the agent again reviewed each conspirator's role and obtained his commitment to fulfilling it. The agent saw that all of those who were providing armed security, including the Defendant, were armed with firearms. The six conspirators, in three vehicles, traveled to an airport in Bethalto, Illinois. The undercover agent drove with Moore as his passenger. Dewayne Hill drove Moore's Tahoe with Brian Matthews and Bryant Sawyer as passengers. Johnson drove a third vehicle with Jaren Jamison as a passenger.

Once the conspirators arrived at the airport, the undercover agent explained that he would receive a call when a plane containing the cocaine landed. While they were waiting, the conspirators got out of the vehicles, and shortly thereafter were arrested. Four fully-loaded

2

firearms were recovered. A .22 caliber Beretta pistol, SN 43562, was found under Jamison after he was put on his feet following arrest. A .40 caliber Glock pistol, SN MZB242, had been tossed under the agent's vehicle. In the vehicle driven by Hill, two firearms were found under the front passenger seat, a 9mm Smith & Wesson pistol, SN PBC8643, and a .40 caliber Taurus pistol, SN SAR 03356.

SO STIPULATED:

STEPHEN R. WIGGINTON
United States Attorney

BRIAN MATTHEWS
Defendant

JOHN D. STOBBS, II
Attorney for Defendant

Date: 2-24-14

KIT R. MORRISSEY
Assistant United States Attorney

Date: 2-24-14

3